UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

BEKENTON USA, INC.

Case No. 05-60031-BKC-RAM
Chapter 7

      Debtor.
_____/

# SUMMARY OF FINAL FEE APPLICATION OF MARCUMRACHLIN, A DIVISION OF MARCUM LLP, AS ACCOUNTANTS TO THE TRUSTEE

1. Name of Applicant: MarcumRachlin, a Division of Marcum LLP
2. Role of Applicant: Accountants to the Trustee
3. Name of Certifying Professional: Barry E. Mukamal
4. Date Case Converted: April 25, 2006
5. Date of Application for employment: September 9, 2006
6. Date of Order approving employment: September 12, 2006
7. Date of Disclosure of Compensation: N/A
8. Date of this application: August 5, 2009
9. Dates of services covered: March 14, 2007 through August 4, 2009

10. If case is Chapter 7, amount trustee has on hand      $ 273,650.12

Fees…

11. Total fee requested for this period (from Exhibit 1-A)      $ 8,717.50
12. Balance remaining in fee retainer account, not yet awarded      N/A
13. Fees paid or advanced for this period, by other sources:      N/A
14. **Net amount of fee requested for this period**      $ **8,717.50**

Expenses…

15. Total expense reimbursement requested for this period      $ 46.04
16. Balance remaining in expense retainer account, not yet received      N/A
17. Expenses paid or advanced for this period, by other sources      N/A

18. **Net amount of expense reimbursements requested for this period**      $ **46.04**

19. Gross award requested for this period (#11 + #15)      $ 8,763.54

20. **Net award requested for this period (#14 + #18)**      $ **8,763.54**

21. **If Final Fee Application, amounts of net awards requested in interim applications but not previously awarded:**      $ 0.00

22. **Final fee and expense award requested (#20 + #21)**      $ **8,763.54**

Bekenton USA, Inc.
Case No.: 05-60031-BKC-RAM

## HISTORY OF FEES AND EXPENSES

1.  Dates, sources, and amounts of retainers received:           N/A

2.  Dates, sources, and amounts of third party payments received:   N/A

3.  Prior fee and expense awards:                                None

## FINAL FEE APPLICATION

MarcumRachlin, a Division of Marcum LLP ("Marcum" or the "Applicant"), Accountants to the Trustee, Joel L. Tabas, in the case of Bekenton USA, Inc. (the "Debtor"), applies for final compensation for fees for services rendered and costs incurred in this Chapter 7 proceeding from March 14, 2007 through August 4, 2009 (the "Application Period"). This Application is filed pursuant to 11 U.S.C. § 330 and Bankruptcy Rule 2016, and meets all of the requirements set forth in the Guidelines incorporated in Local Rule 2016-1(B) (1). The exhibits attached to this application, pursuant to the Guidelines, are:

Exhibit 1-A: Summary of Professional and Paraprofessional Time By Individual

Exhibit 1-B: Summary of Professional and Paraprofessional Time By Activity Code

Exhibit 2:   Summary of Requested Reimbursement of Expenses

Exhibit 3:   Marcum's complete time records, in chronological order, for the period covered by this Application. The requested fees are itemized to the tenth of an hour.

Marcum believes that the requested fees of $ 8,717.50 for 46.40 hours worked during the Application Period, at an average hourly rate of $187.88, is reasonable considering the twelve factors enumerated in <u>Johnson v. Georgia Highway Express. Inc.</u>, 488 F.2d 714 (5th Cir. 1974), made applicable to bankruptcy proceedings by <u>In re First Colonial Corporation of America</u>, 544 F.2d 1291 (5th Cir. 1977), as follows:

Bekenton USA, Inc.
Case No.: 05-60031-BKC-RAM

1. The Time and Labor required;
2. The Novelty and Difficulty of the Services Rendered;
3. The Skill Requisite to Perform the Services properly;
4. The Preclusion of other Employment by the Professional due to Acceptance of the Case;
5. The Customary Fee;
6. Whether the fee is Fixed or Contingent;
7. Time Limitations imposed by the Client or Other Circumstances;
8. The Amount involved and the Results obtained;
9. The Experience, Reputation and Ability of the Professional;
10. The Undesirability of the Case;
11. The Nature and Length of the Professional Relationship of the client; and
12. Awards in Similar Cases

Consideration of the Colonial Factors

The Debtor was engaged in the manufacturing of tobacco products and filed a voluntary Chapter 11 bankruptcy petition on November 4, 2005, which was converted to a case under Chapter 7 on April 25, 2006. The Court entered an order approving Marcum (formerly, Rachlin Cohen & Holtz LLP) as Accountants to the Trustee on September 12, 2006. During the Application Period, Marcum performed various tasks essential to the administration of the Debtor's bankruptcy case, categorized and described as follows:

Tax Issues
Total Hours:   45.10   Total Fees: $ 8,425.00

During the Application Period, Marcum advised the Trustee concerning tax compliance issues and tax filing requirements. Marcum prepared the Debtor's U.S. Corporation Income Tax Returns for an S Corporation, Form 1120S, and the related K-1's, Disclosure Statements and Prompt Determination Requests for the years 2006 through 2008.

Bekenton USA, Inc.
Case No.: 05-60031-BKC-RAM

Fee Application

    Total Hours:    1.30 Total Fees:  $ 292.50

This category includes the time necessary to prepare the Applicant's fee application. Before any fee application is presented, it must be drafted, checked against contemporaneous time records and verified for compliance with applicable Court guidelines.

* * * * * * * * * * * * * *

The foregoing description of the services rendered by Marcum to the Trustee together with the more detailed description of time expended and services set forth in the attached Exhibit 3, describe the nature and extent of the professional services rendered by Marcum to the Trustee for the benefit of the bankruptcy estate during the Application Period.

The hourly rates charged by Marcum reflect standard charges billed by Marcum to its clients in other bankruptcy and commercial cases. These schedules have been confirmed and approved in other bankruptcy matters in which Marcum has been involved.

Marcum maintains contemporaneous daily time records for each member of the accounting team, setting forth specific dates, services rendered, and time expended. An itemized listing of the time spent and services rendered by Marcum's accountants and paraprofessionals working on the above-captioned case is included in Exhibit 3. These recitals, however, constitute only a capsule description of the work performed and it must be recognized that a mere reading of the Application and time breakdowns annexed hereto cannot completely reflect the full range of services rendered by Marcum and the complexity of the issues and pressures of time and performance which have been present in this case.

Marcum has not entered into any agreement to fix a fee and will not in any form or guise share or agree to share its compensation for services with any person or share or agree to share the compensation of any person rendering services in this proceeding or in connection with such proceeding. The time and labor required to support the services rendered are detailed in the attached schedules, which are based on contemporaneous time reports.

Bekenton USA, Inc.
Case No.: 05-60031-BKC-RAM

The fees charged in this case are the same as the fees customarily charged in other bankruptcy cases, are fixed rather than contingent, and are believed to be fully warranted by the results which are a matter of record in these proceedings.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

WHEREFORE, Marcum respectfully requests that the Court enter an order allowing and awarding a final fee allowance of $ 8,717.50 as compensation for services rendered, and costs in the amount of $46.04 incurred during the Application Period.

Bekenton USA, Inc.
Case No.: 05-60031-BKC-RAM

## CERTIFICATION

1. I have been designated by MarcumRachlin, a Division of Marcum LLP (the "Applicant"), as the professional with responsibility in this case for compliance with the "Guidelines for Fee Applications for Professionals in the Southern District of Florida in Bankruptcy Cases" (the "Guidelines").

2. I have read the Applicant's application for compensation and reimbursement of expenses (the "Application"). The Application complies with the Guidelines, and the fees and expenses sought fall within the Guidelines, except as specifically noted in this certification and described in the Application.

3. The fees and expenses sought are billed at rates and in accordance with practices customarily employed by the Applicant and generally accepted by the Applicant's clients.

4. In seeking reimbursement for the expenditures described on Exhibit 2, the Applicant is seeking reimbursement only for the actual expenditure and has not marked up the actual cost to provide a profit or to recover the amortized cost of investment in staff time or equipment or capital outlay (except to the extent that the Applicant has elected to charge for in-house photocopies and outgoing facsimile transmissions at the maximum rates permitted by the Guidelines).

5. In seeking reimbursement for any service provided by a third party, the Applicant is seeking reimbursement only for the amount actually paid by the Applicant to the third party.

6. The following are the variances with the provisions of the Guidelines, the date of each court order approving the variance, and the justification for the variance: None

MarcumRachlin
A Division of Marcum LLP
Accountants to the Trustee
One Southeast Third Avenue
10th Floor
Miami, Florida 33131
(305) 377-4228

By: _____
Barry E. Mukamal, C.P.A.

# EXHIBIT 1-A

## BEKENTON USA, INC.
## SUMMARY OF PROFESSIONAL AND PARAPROFESSIONAL TIME BY INDIVIDUAL
## MARCH 14, 2007 THROUGH AUGUST 04, 2009

| NAME | TITLE | YEAR LICENSED OR YEARS EXPERIENCE | TOTAL HOURS | RATE | TOTAL FEES |
|---|---|---|---|---|---|
| David Arbeit | Manager | 1974 | 22.40 | *210/225 | $ 5,005.50 |
| Cristina Blanco | Senior | 2006 | 3.70 | 160.00 | 592.00 |
| Scott Freeman | Partner | 1994 | 2.00 | 300.00 | 600.00 |
| Michelle Lipson | Partner | 1994 | 0.30 | 300.00 | 90.00 |
| Melissa Villa | Staff | 5 yrs | 18.00 | 135.00 | 2,430.00 |

Total Hours    46.40

Blended Average Hourly Rate:    $ 187.88

Total Professional and Paraprofessional Fees:    $ 8,717.50

* Rate Change

## EXHIBIT 1-B

## BEKENTON USA, INC.
## SUMMARY OF PROFESSIONAL AND PARAPROFESSIONAL TIME BY ACTIVITY CODE
## MARCH 14, 2007 THROUGH AUGUST 04, 2009

| NAME | TITLE | TOTAL HOURS | RATE | TOTAL FEES |
|---|---|---|---|---|
| **Tax Issues** | | | | |
| David Arbeit | Manager | 21.10 | *210/225 | $ 4,713.00 |
| Cristina Blanco | Senior | 3.70 | 160.00 | 592.00 |
| Scott Freeman | Partner | 2.00 | 300.00 | 600.00 |
| Michelle Lipson | Partner | 0.30 | 300.00 | 90.00 |
| Melissa Villa | Staff | 18.00 | 135.00 | 2,430.00 |
| Total Hours | | 45.10 | | 8,425.00 |
| | | | | |
| **Fee Application** | | | | |
| David Arbeit | Manager | 1.30 | 225.00 | 292.50 |
| | | 1.30 | | 292.50 |
| | | | | |
| **TOTALS** | | 46.40 | | $ 8,717.50 |

\* Rate Change

# EXHIBIT 2

## BEKENTON USA, INC.
## SUMMARY OF REQUESTED REIMBURSEMENT OF EXPENSES
## MARCH 14, 2007 THROUGH AUGUST 04, 2009

| ITEM | DESCRIPTION | AMOUNT |
|---|---|---|
| 1 | Filing Fees | $ - |
| 2 | Process Services Fees | - |
| 3 | Witness Fees | - |
| 4 | Court Reporter Fees and Transcripts | - |
| 5 | Lien and Title Searches | - |
| 6 | Photocopies | - |
|   | (a) In-house copies ( 294 @ $.15/page) | 44.10 |
|   | (b) Outside copies ($____) | - |
| 7 | Postage | 1.94 |
| 8 | Overnight Delivery Charges | - |
| 9 | Outside Courier/Messenger Services | - |
| 10 | Long Distance Telephone Charges | - |
| 11 | Long Distance Fax Transmissions | - |
|   | (Copies at $1/page) | - |
| 12 | Computerized Research | - |
| 13 | Out of Southern-District-of-Florida Travel | - |
|   | (a) Transportation | - |
|   | (b) Lodging | - |
|   | (c) Meals | - |
| 14 | Other Permissible Expenses (Must specify and justify) | - |
|   | **Total Expense Reimbursement Requested** | **$ 46.04** |

**EXHIBIT 3**

**BEKENTON USA, INC.**
**DETAILED TIME RECORDS IN CHRONOLOGICAL DATE ORDER**
**MARCH 14, 2007 THROUGH AUGUST 04, 2009**

| STAFF | DATE | HOURS | RATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| **TAX ISSUES** | | | | | |
| ARBEIT | 03/14/07 | 0.10 | 210.00 | 21.00 | Review and proof Tax return Extension. |
| ARBEIT | 03/16/07 | 1.60 | 210.00 | 336.00 | Obtain Form 1 & 2 and transaction reports. Begin preparation of Analysis of Form 1 & 2 to determine taxable and non-taxable amounts and review related Court Orders. |
| ARBEIT | 06/01/07 | 0.60 | 210.00 | 126.00 | Discuss Tax returns with N. Davis. Telephone conference with W. Head and Jay Ross regarding prior year tax returns. E-mail correspondence with N. Davis. |
| ARBEIT | 02/20/08 | 0.30 | 225.00 | 67.50 | Review IRS 941 and State of Florida Tax notices. Discuss IRS 941 notice with N. Davis. Discuss prior year's tax returns with N. Davis. |
| ARBEIT | 03/13/08 | 0.10 | 225.00 | 22.50 | Submit and review extension to file corporate tax return |
| ARBEIT | 04/22/08 | 0.30 | 225.00 | 67.50 | Review e-mail and transcript received from N. Davis. |
| ARBEIT | 05/13/08 | 0.20 | 225.00 | 45.00 | Review IRS Notice and discuss with M. Breslow and N. Davis. |
| ARBEIT | 02/13/09 | 2.40 | 225.00 | 540.00 | Telephone conference with N. Davis concerning Tax Return. Review current Form 2 and update Tax transaction analysis with descriptions and new activity. |
| ARBEIT | 02/24/09 | 1.40 | 225.00 | 315.00 | Discuss status of tax return with N. Davis. Update transaction analysis. |
| ARBEIT | 03/29/09 | 1.50 | 225.00 | 337.50 | Review accounting transactions and Court Orders to determine whether transaction taxable/deductible or non-taxable/non-deductible. |
| ARBEIT | 03/30/09 | 2.90 | 225.00 | 652.50 | Discuss tax return preparation with N. Davis and S. Brown. Telephone conferences with W. Turner and J. Ross to determine if additional tax returns filed after 2004. Further analysis of Court Orders in connection with preparation of tax returns. |
| BLANCO | 03/30/09 | 0.10 | 160.00 | 16.00 | Schedule tax return |
| BLANCO | 03/30/09 | 0.40 | 160.00 | 64.00 | Review Tax Analysis detail |
| ARBEIT | 03/31/09 | 0.20 | 225.00 | 45.00 | Review e-mails from Trustee Assistant and Counsel. |
| VILLA | 04/20/09 | 3.00 | 135.00 | 405.00 | Summarize Tax transaction analysis and classification of expenses by year. |
| VILLA | 04/22/09 | 2.00 | 135.00 | 270.00 | Preparation of Bankruptcy tax returns. |
| ARBEIT | 04/23/09 | 0.70 | 225.00 | 157.50 | Supervision and review related to preparation of tax returns. |
| ARBEIT | 04/27/09 | 0.60 | 225.00 | 135.00 | Telephone conference with S. Brown regarding status of tax returns. Supervision/review preparation of tax returns with M. Villa. |
| VILLA | 04/27/09 | 3.00 | 135.00 | 405.00 | Preparation of 2006-2008 bankruptcy tax returns |
| ARBEIT | 05/01/09 | 0.10 | 225.00 | 22.50 | Follow up on status of tax returns. Review e-mail from M. Villa. |
| VILLA | 05/01/09 | 1.00 | 135.00 | 135.00 | Preparation of bankruptcy tax returns |
| ARBEIT | 05/04/09 | 0.20 | 225.00 | 45.00 | Review e-mail from M. Villa regarding tax issues. |
| VILLA | 05/04/09 | 3.00 | 135.00 | 405.00 | Preparation of bankruptcy tax returns for 2006-2008. |
| BLANCO | 05/07/09 | 0.50 | 160.00 | 80.00 | Assist with preparation of tax return |
| VILLA | 05/07/09 | 0.50 | 135.00 | 67.50 | Discussion w/ C. Blanco regarding pending items to finalize bankruptcy returns. |
| ARBEIT | 05/08/09 | 0.60 | 225.00 | 135.00 | Telephone conference with M. Villa and C. Blanco regarding tax return issues and questions. Telephone update message to S. Brown. |

EXHIBIT 3

BEKENTON USA, INC.
DETAILED TIME RECORDS IN CHRONOLOGICAL DATE ORDER
MARCH 14, 2007 THROUGH AUGUST 04, 2009

| STAFF | DATE | HOURS | RATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| BLANCO | 05/08/09 | 0.50 | 160.00 | 80.00 | Telephone conference with M. Villa and D. Arbeit regarding tax returns for 2006-2008 |
| BLANCO | 05/08/09 | 0.50 | 160.00 | 80.00 | Assist with preparation of tax returns |
| VILLA | 05/08/09 | 1.00 | 135.00 | 135.00 | Phone Conference w/ David Arbeit re: finalizing bankruptcy tax returns. |
| VILLA | 05/08/09 | 1.50 | 135.00 | 202.50 | Preparation of bankruptcy tax returns |
| ARBEIT | 05/11/09 | 0.50 | 225.00 | 112.50 | Discuss return with M. Villa. Research Pacer for Shareholder information. Save SOFA and Schedules to e-pace. |
| ARBEIT | 05/26/09 | 1.20 | 225.00 | 270.00 | Review 2006 - 2008 tax return drafts and related workpapers |
| ARBEIT | 05/27/09 | 0.60 | 225.00 | 135.00 | Discuss Tax returns, PDL and Statement A with M. Villa and C. Blanco. Discuss returns with S. Brown and request updated Form 2 and Trustee Fee calculation from Trustee. |
| BLANCO | 05/27/09 | 0.30 | 160.00 | 48.00 | Follow up on tax returns changes |
| VILLA | 05/27/09 | 1.00 | 135.00 | 135.00 | Finalizing bankruptcy tax returns |
| ARBEIT | 06/06/09 | 3.50 | 225.00 | 787.50 | Review and revise Tax transaction analysis and tax returns for 2006 through 2008 to reflect cut-off of operations and characterize Chapter 7 receipts and disbursements as collections and payments of previously recorded income and expenses. Prepare Statement A for 2006 through 2008. |
| ARBEIT | 06/15/09 | 0.20 | 225.00 | 45.00 | Telephone conference with S. Brown, regarding tax returns and discuss status and partner review with C. Blanco. |
| ARBEIT | 06/17/09 | 0.10 | 225.00 | 22.50 | Discuss tax return review with S. Freeman. |
| FREEMAN | 06/17/09 | 2.00 | 300.00 | 600.00 | Review of tax returns and supporting workpapers- 2006 to 2008. |
| ARBEIT | 06/23/09 | 0.40 | 225.00 | 90.00 | Telephone conference with Debtor principal to obtain SS # for K-1 and advise N. Davis & S. Brown. Discuss completion of returns with C. Blanco. |
| ARBEIT | 06/24/09 | 0.60 | 225.00 | 135.00 | Review Partner review notes and discuss with M. Villa. Discuss final adjustments necessary to complete returns. |
| BLANCO | 06/24/09 | 0.40 | 160.00 | 64.00 | Work on tax return |
| VILLA | 06/24/09 | 2.00 | 135.00 | 270.00 | Clear review notes and finalize Bankruptcy tax returns. |
| BLANCO | 06/29/09 | 1.00 | 160.00 | 160.00 | Review tax return |
| ARBEIT | 07/13/09 | 0.20 | 225.00 | 45.00 | Follow up on tax returns. Verify copies against final taxable income summary. |
| LIPSON | 07/21/09 | 0.30 | 300.00 | 90.00 | Sign Tax Returns |
| | | 45.10 | | 8,425.00 | |
| FEE APPLICATION | | | | | |
| ARBEIT | 07/28/09 | 0.50 | 225.00 | 112.50 | Preparation of final fee application in accordance with Court Guidelines. |
| ARBEIT | 08/03/09 | 0.80 | 225.00 | 180.00 | Update and proof final fee application. |
| | | 1.30 | | 292.50 | |
| | | 46.40 | | $ 8,717.50 | |